```
_____

   No. 95-2792
_____
```

Billy Grisso,                           *
                                        *
          Appellant,                    *
                                        *
     v.                                 *
                                        *
United States of America,               *
et al.,                                 *
                                        *
          Appellees.                    *

```
_____

   No. 95-2807
_____
```
Appeals from the United States
District Court for the
Eastern District of Missouri.
[UNPUBLISHED]

Melvin Leroy Tyler, et al.,             *
                                        *
          Appellants,                   *
                                        *
     v.                                 *
                                        *
United States of America,               *
et al.,*                                *
                                        *
          Appellees.                    *

```
                    _____
```

              Submitted:  January 5, 1996

                  Filed:  January 18, 1996
```
                    _____
```

Before WOLLMAN, MAGILL, and HANSEN, Circuit Judges.
```
                    _____
```

PER CURIAM.

_____

     *Official captions containing a complete list of parties is on
file and available for inspection in the Office of the Clerk of the
Court, United States Court of Appeals for the Eighth Circuit.

In these consolidated appeals, inmates at the Farmington Correctional Center appeal from the district court's[1] order dismissing their complaint against federal and state officials, claiming the withdrawal of financial assistance for higher education subjected them to cruel and unusual punishment, invidiously discriminated against a subclass of minority inmates, and denied them due process and equal protection. Having carefully reviewed the record, we conclude that no error of law appears and that the district court correctly denied relief.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

A true copy.

    Attest:


       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.